No. 04–9788.  BARKER v. CASTRO, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–9790.  HILL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–9791.  FIELDS v. SOUTHWEST AIRLINES CO.  C. A. 5th Cir.  Certiorari denied.

No. 04–9792.  GRAY v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 04–9794.  GESFORD v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–9796.  HARDISTY v. YMCA OF GREATER SEATTLE ET AL.  Sup. Ct. Wash.  Certiorari denied.

No. 04–9798.  HERNANDEZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–9801.  PORTER v. IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 04–9802.  GARRETT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–9805.  FIGEL v. MONROE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–9806.  GARRETT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–9808.  MITLEIDER v. HALL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–9812.  LOVE v. RYAN, ACTING WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–9813.  CARRANZA v. SMITH, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.